UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-22099-CIV-MORENO

INFOLINK PANAMA CORPORATION, a Panama corporation, FORTATRUST USA CORPORATION, a Delaware corporation,

    Plaintiffs,

vs.

CORESPACE, INC., a Texas corporation, MARK WULFF, an individual, and LIANA DUNLAP, an individual,

    Defendants.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE came before the Court upon the Court's Order Granting Motion to Withdraw (**D.E. No. 25**), filed on **September 9, 2014**. In that Order, the Court required Plaintiffs to obtain substitute counsel by September 23, 2014, and warned that a failure to obtain substitute counsel would result in a dismissal without prejudice of Plaintiffs' case.

THE COURT has considered the pertinent portions of the record, and as of the date of this Order, Plaintiffs have not advised the Court of substitute counsel. Being otherwise fully advised in the premises, it is

**ADJUDGED** that the case is DISMISSED without prejudice and all other pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of September, 2014.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record